[Cite as *Sholakh v. Shah*, 2025-Ohio-2533.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

| | | |
|---|---|---|
| ALEEM SHOLAKH, | : | |
| Plaintiff-Appellant, | : | |
| | | No. 114833 |
| v. | : | |
| KAUSHIK SHAH, | : | |
| Defendant-Appellee. | : | |

JOURNAL ENTRY AND OPINION

**JUDGMENT:** REVERSED AND REMANDED
**RELEASED AND JOURNALIZED:** July 17, 2025

Civil Appeal from the Cuyahoga County Court of Common Pleas
Case No. CV-24-105423

*Appearances:*

Aleem Sholakh, *pro se.*

SEAN C. GALLAGHER, J.:

{¶ 1} This cause came to be heard on the accelerated docket pursuant to App.R. 11.1 and Loc.App.R. 11.1. Consistent with the purpose of an accelerated appeal, this court shall render a brief and conclusory decision. *See Imani Home Health Care L.L.C. v. Visionary Group, L.L.C.*, 2025-Ohio-173, ¶ 1 (8th Dist.), citing *State v. Trone*, 2020-Ohio-384, ¶ 1 (8th Dist.); *see also* App.R. 11.1(E).

{¶ 2} Plaintiff-appellant Aleem Sholakh, pro se, appeals the trial court's judgment dismissing the complaint with prejudice upon finding the statute of limitations had expired.[1] Upon review, we reverse the judgment of dismissal and remand with instructions for the trial court to reinstate the case for further proceedings.

{¶ 3} Under his sole assignment of error, Sholakh argues the trial court erred in granting defendant Kaushik Shah's motion to dismiss for failure to file the complaint within the two-year statute of limitations under R.C. 2305.10. The record shows that Sholakh filed the complaint on October 15, 2024, in which he raised a negligence claim arising from an alleged motor-vehicle accident that occurred on October 14, 2022. The defendant's motion to dismiss erroneously argued the statute of limitations expired on October 14, 2024, which was a legally recognized holiday known as Columbus Day. As argued by Sholakh on appeal, he was entitled to file his complaint the following business day. *See* R.C. 1.14; Civ.R. 6(A). Accordingly, appellant's assignment of error is sustained.

{¶ 4} Judgment reversed; case remanded. The trial court is instructed to reinstate the case for further proceedings.

It is ordered that appellant recover from appellee costs herein taxed.

The court finds there were reasonable grounds for this appeal.

---

[1] No appellee's brief has been filed.

It is ordered that a special mandate issue out of this court directing the common pleas court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.


_____
SEAN C. GALLAGHER, JUDGE

EILEEN T. GALLAGHER, P.J., and
MICHAEL JOHN RYAN, J., CONCUR